MANDATE

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of October, two thousand six.

Before:      Hon. Joseph M. McLaughlin,
                Hon. Guido Calabresi,
                      *Circuit Judges*
                Hon. Gerard E. Lynch
                      *District Judge*\*

UNITED STATES COURT OF APPEALS — FILED — OCT 1 0 — Roseann B. Mackechnie, Clerk — SECOND CIRCUIT

Docket No. 05-5134-cv

ROYAL AND SUN ALLIANCE,
INSURANCE COMPANY OF CANADA,

                Plaintiff-Appellant,

    v.

CENTURY INTERNATIONAL ARMS, INC. AND CENTURY ARMS, INC.,

                Defendants-Appellees.

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said district court be and it hereby is VACATED and REMANDED for further proceedings  in accordance with the opinion of this court.

A TRUE COPY
Thomas Asreen, Acting Clerk

by
Deputy Clerk

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

---

\* The Honorable Gerard E. Lynch, of the United States District Court for the Southern District of New York, sitting by designation.

Issued as Mandate:  NOV - 6 2006