UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROYAL AND SUN ALLIANCE INSURANCE
COMPANY OF CANADA,

                           Plaintiff,                     03 CV 7256

          -against-                        Judge Deborah A. Batts

CENTURY INTERNATIONAL ARMS, INC.
and CENTURY ARMS, INC.

                           Defendant.
-----------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1

I, Paul Indig, one of the attorneys for Defendant CENTURY INTERNATIONAL ARMS, INC., having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

The defendant, CENTURY INTERNATIONAL ARMS, INC., has no corporate parents or subsidiaries that are publicly held.

Dated: White Plains, New York
         July 25, 2007

                                            Respectfully submitted,

                                            By: _____
                                            Paul Indig (PI-7404)
                                            RENZULLI LAW FIRM, LLP
                                            81 Main Street, Suite 508
                                            White Plains, New York 10601
                                            Tel: (914) 285-0700
                                            Fax: (914) 285-1213
                                            *Attorneys for Defendant Century International*
                                            *Arms, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROYAL AND SUN ALLIANCE INSURANCE
COMPANY OF CANADA,

                Plaintiff,                        03 CV 7256

        -against-                     Judge Deborah A. Batts

CENTURY INTERNATIONAL ARMS, INC.
and CENTURY ARMS, INC.,

                Defendants.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed Century International Arms, Inc.'s Disclosure of Interested Parties Pursuant to Fed. R. Civ. P. 7.1 with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

John B. Galligan, Esq.
COZEN O'CONNOR, LLP
45 Broadway Atrium
16th Floor
New York, New York 10006
(212) 509-9400
*Attorneys for Plaintiff*
*Royal and Sun Alliance Insurance*
*Company of Canada*

                                        *s/Paul Indig (PI 7404)*
                                        Renzulli Law Firm, LLP
                                        81 Main Street, Suite 508
                                        White Plains, NY 10601
                                        Telephone – (914) 285-0700
                                        Facsimile – (914) 285-1213