UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ROYAL AND SUN ALLIANCE INSURANCE
COMPANY OF CANADA,

                    Plaintiff,                    03 CV 7256

      -against-                          Judge Deborah A. Batts

CENTURY INTERNATIONAL ARMS, INC.
and CENTURY ARMS, INC.

                    Defendant.
----------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1

I, Paul Indig, one of the attorneys for Defendant CENTURY ARMS, INC., having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

The defendant, CENTURY ARMS, INC., has no corporate parents or subsidiaries that are publicly held.

Dated:  White Plains, New York
          July 25, 2007

                                      Respectfully submitted,

                                      By: _____
                                      Paul Indig (PI-7404)
                                      RENZULLI LAW FIRM, LLP
                                      81 Main Street, Suite 508
                                      White Plains, New York 10601
                                      Tel: (914) 285-0700
                                      Fax: (914) 285-1213
                                      *Attorneys for Defendant Century Arms, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROYAL AND SUN ALLIANCE INSURANCE
COMPANY OF CANADA,

                Plaintiff,                              03 CV 7256

        -against-                                Judge Deborah A. Batts

CENTURY INTERNATIONAL ARMS, INC.
and CENTURY ARMS, INC.,

                Defendants.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed Century Arms, Inc.'s Disclosure of Interested Parties Pursuant to Fed. R. Civ. P. 7.1 with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

John B. Galligan, Esq.
COZEN O'CONNOR, LLP
45 Broadway Atrium
16th Floor
New York, New York 10006
(212) 509-9400
*Attorneys for Plaintiff*
*Royal and Sun Alliance Insurance*
*Company of Canada*

                                            *s/Paul Indig (PI 7404)*
                                            Renzulli Law Firm, LLP
                                            81 Main Street, Suite 508
                                            White Plains, NY 10601
                                            Telephone – (914) 285-0700
                                            Facsimile – (914) 285-1213