AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

Royal and Sun Alliance Insurance Company of Canada

v.

Century International Arms, Inc., et.al.

**APPEARANCE**

Case Number: 03-CV-07256(DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Plaintiff, Royal and Sun Alliance Insurance Company of Canada

I certify that I am admitted to practice in this court.

October 17, 2007
Date

*[Signature]*
Signature

__Vincent R. McGuinness         (VRM-5551)__
Print Name                                             Bar Number

__COZEN O'CONNOR    1900 Market Street__
Address

__Philadelphia,  PA   19103__
City                         State                Zip Code

215-665-2097                        215-701-2097
Phone Number                                    Fax Number