COZEN O'CONNOR
VINCENT R. McGUINNESS, ESQUIRE (VRM-5551)
Attorney for Plaintiff
1900 Market Street
Philadelphia, PA 19103
215-665-2097

RECEIVED JAN 9 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

ROYAL AND SUN ALLIANCE
INSURANCE COMPANY OF CANADA         :
                                    :    03-CV-7256
              Plaintiff             :
                                    :    JUDGE DEBORAH A. BATTS
      v.                            :
                                    :
CENTURY INTERNATIONAL               :
ARMS, INC., et. al.                 :
                                    :
              Defendants            :
----------------------------------------

## STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)

Pursuant to the terms and conditions of the settlement between the undersigned parties, it is hereby stipulated and agreed by and between the parties that the above-entitled action be dismissed, with prejudice.

COZEN O'CONNOR

BY: _____
VINCENT R. McGUINNESS, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
215-665-2172
Attorney for Plaintiff Royal and SunAlliance
Insurance Company of Canada

RENZULLI LAW FIRM, LLP

BY: _____
PAUL INDIG, ESQUIRE
81 Main Street
White Plains, NY 10601
914-285-0700
Attorney for Defendants Century International
Arms, Inc. and Century Arms, Inc.

SO ORDERED:

_Deborah A. Batts_
U.S.D.J. 1/9/08